TURK ET AL., APPELLANTS, v. TROLLEY TOURS OF CLEVELAND, INC., D.B.A. LOLLY THE TROLLEY, ET AL., APPELLEES.

[Cite as *Turk v. Trolley Tours of Cleveland, Inc.* (1994), 69 Ohio St.3d 428.]

(No. 93–2019—Submitted January 12, 1994—Decided June 1, 1994.)

---

*Spangenberg, Shibley, Traci, Lancione & Liber, Donald P. Traci* and *James A. Marx,* for appellants.

*Richard R. Kuepper,* for appellee Trolley Tours of Cleveland, Inc.

*Arter & Hadden, Irene C. Keyse-Walker, James A. Laurenson* and *Kathleen G. Dus,* for appellee Dallas & Mavis Forwarding Company.

---

The judgment is reversed as to Propositions of Law I and II and the cause is remanded to the trial court on authority of *Sorrell v. Thevenir* (1994), 69 Ohio St.3d 415, 633 N.E.2d 504, decided today.

A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

Moyer, C.J., and Wright, J., dissent.